5:23-cv-334-OLG-ESC  #3 R&R  4/6/2023

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To  Ryan Simmons
Street and Apt. No., or PO Box No.  5814 Lost Creek, R.F.D
City, State, ZIP+4®  San Antonio, TX 78247

7021 0950 0000 6879 8077

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions