AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| RYAN SIMMONS <br> *Plaintiff* <br> v. <br> SHERIFF JAVIER SALAZAR, ET AL <br> *Defendant* | ) ) ) ) ) ) Civil Action No. SA:23-CV-00334-OLG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: It is therefore ORDERED that Magistrate Judge Chestney's Report and Recommendation (Dkt. No. 3) is ACCEPTED. It is further ORDERED that, for the reasons stated in the R&R, Plaintiff's motion to proceed IFP (Dkt. No. 1) is GRANTED but Plaintiff's Complaint (Dkt. No. 1-1) is DISMISSED. This case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 05/12/2023

CLERK OF COURT   Philip J. Devlin

*Signature of Clerk or Deputy Clerk*